Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM J. HIBBLER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 4394 | **DATE** | June 30, 2011 |
| **CASE TITLE** | United States ex rel. Michael Stevenson (#N-93569) vs. Warden Keith Anglin, et al. | | |

**DOCKET ENTRY TEXT:**

The petitioner is granted thirty days in which to: (1) either pay the $5.00 filing fee or file a petition for leave to proceed *in forma pauperis* and (2) submit an amended habeas petition (plus a judge's copy). The clerk is directed to send the petitioner an *in forma pauperis* application, an amended habeas form, and instructions. If the petitioner fails to comply with this order within thirty days, the court will summarily dismiss this action. The petitioner is reminded that he must provide the court with the original plus a judge's copy of every document filed.

■ [For further details see text below.]      Docketing to mail notices.

## STATEMENT

    Michael Stevenson, a state prisoner, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner challenges his convictions for possession of a stolen vehicle and for possession of burglary tools on the grounds that: (1) the State knowingly elicited perjured testimony; (2) the judge showed bias against the petitioner; (3) the sentence imposed was excessive and unjustified; (4) the charging instrument was defective; and (5) appellate counsel was ineffective.

    Although the Clerk of Court has accepted the petition for docketing pursuant to Rule 5(d)(4) of the Federal Rules of Civil Procedure, the petitioner has neither paid the $5.00 filing fee nor filed a petition for leave to proceed *in forma pauperis*. If the petitioner wishes to proceed with this action, he must either pay the $5.00 filing fee or, in the alternative, file an *in forma pauperis* application complete with a certificate from a prison official stating the amount on deposit in the prisoner's trust account.

    In addition, the petitioner must submit an amended habeas petition. Because the petitioner did not use the court's required form, *see* Local Rule 81.3(a) (N.D. Ill.), the court is unable to determine whether the petition is timely. The petitioner should carefully and completely fill out all the information requested on the form, including relevant dates. The clerk will provide the petitioner with the necessary forms.

**(CONTINUED)**

    mjm

| STATEMENT (continued) |
|---|

In sum, the petitioner, within thirty days of the date of this order, must: (1) either pay the $5.00 filing fee or file a petition for leave to proceed *in forma pauperis* and (2) submit an amended habeas petition (plus a judge's copy). The clerk will provide the petitioner with an *in forma pauperis* application, an amended habeas form, and instructions. If the petitioner fails to comply with this order within thirty days, the court will summarily dismiss this action.

*Wm. J. Hibbler*